470

776 A.2d 937

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Samuel LOVE, Petitioner.**

Supreme Court of Pennsylvania.

June 22, 2001.

### ORDER

PER CURIAM:

**AND NOW,** this 22nd day of June, 2001, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Superior Court pursuant to the decision of this Court in *Commonwealth v. Butler,* 563 Pa. 324, 760 A.2d 384 (2000).

776 A.2d 938

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Michael A. COLEMAN, Appellant.**

**No. 50 M.D. Appeal District 2001.**

Supreme Court of Pennsylvania.

June 26, 2001.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of June, 2001, probable jurisdiction is noted and the order appealed is affirmed.